FILED'08 MAY 02 14:43 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GARY SMITH,

       Plaintiff,                                      CV-07-0974-MA

      v.                                                   JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

       Defendant.

Based on the record and the Order for Remand filed herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is reversed and remanded pursuant to Sentence Four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the order.

Dated this _2_ day of ~~April~~ May, 2008.

                                                   */s/ Malcolm F. Marsh*
                                                   Malcolm F. Marsh
                                                   United States District Judge

1 - JUDGMENT